

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00006-CV

_____

CHARITY SANCHEZ, Appellant

V.

JONATHAN BURKE AND JONATHAN BURKE, INDIVIDUALLY, AND D/B/A THE
DONUT HOUSE, Appellees

On Appeal from the 40th District Court
Ellis County, Texas
Trial Court No. 93606

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

This Court has been notified that Charity Sanchez, the appellant in this matter, filed a voluntary petition for bankruptcy on or about January 13, 2021, in the United States Bankruptcy Court for the Western District of Michigan under cause number 21-00069, Chapter 7. Pursuant to the Bankruptcy Code, further action in this appeal is automatically stayed, *see* 11 U.S.C.A. § 362 (West, Westlaw current through P.L. 116-259), and under Rule 8.2 of the Texas Rules of Appellate Procedure, the appeal is suspended, *see* TEX. R. APP. P. 8.2.[1]

Accordingly, this appeal is hereby abated and, for administrative purposes, will be treated as closed. Any party may reinstate the appeal by promptly filing a motion to reinstate including, as an attachment, either a certified copy of an order showing that the automatic bankruptcy stay has been lifted or any other authenticated document demonstrating that reinstatement is permitted by federal law and/or the United States Bankruptcy Court for the Western District of Michigan. *See* TEX. R. APP. P. 8.3(a).

In the event of reinstatement, any period that began to run but had not expired at the time of suspension will begin anew when the appeal is reinstated. Any document filed while the proceeding is suspended will be deemed filed on the same day, but after, the Court reinstates the appeal. TEX. R. APP. P. 8.2, 8.3.

In accordance with Rule 8.2 of the Texas Rules of Appellate Procedure, we suspend this appeal by abating it. *See* TEX. R. APP. P. 8.2.

IT IS SO ORDERED.

BY THE COURT

Date: March 15, 2021